# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:06cv13

| | |
|---|---|
| KELLY ALCORNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BRIAN EDWARD HURST; and ) | |
| HAYWOOD HEATING AND AIR ) | |
| CONDITIONING, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Dismiss Defendant Brian Edward Hurst (#14). Having received no response to such motion within the time allowed by Local Rule 7.1(B), the court will grant the motion, dismiss all claims against Mr. Hurst with prejudice, and remove this matter from the trial calendar.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Dismiss Defendant Brian Edward Hurst (#14) is **GRANTED**, all claims asserted herein against Mr. Hurst are **DISMISSED WITH PREJUDICE**, and this action is **REMOVED** from the trial calendar.

Signed: March 20, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge